IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 10-CV-21612 ALTONAGA/BROWN

PALADIN SHIPPING COMPANY, LTD.,
a foreign corporation and ANATOLIY CHABAN,
an individual,
                      Plaintiffs,

vs.

STAR CAPITAL FUND, LLC, a Florida
Limited liability company, and LEON
GOLDSTEIN, an individual

                      Defendants.
_____

**DEFENDANT STAR CAPITAL FUND, LLC'S CERTIFICATE OF INTERESTED
PARTIES AND CORPORATE DISCLOSURE STATEMENT**

     Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendant Star Capital Fund, LLC, hereby provides the following corporate disclosures and list of any and all known persons, associated persons, firms, partnerships and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations and other identifiable legal entities related to the parties.

     **I.**    **Corporate Disclosures**

     1.    Star Capital Management, LLC is owner of 100% of the membership interests of Star Capital Fund, LLC

     **II.**    **Interested Parties**

     1.  Paladin Shipping Company, Ltd.

     2.  Anatoliy Chaban

3.  Star Capital Fund, LLC

4.  Leon Goldstein

5.  Counsel for all Parties involved in the Litigation

The undersigned is not aware of any other parties having an interest in this litigation. This list will be updated as any other interested parties become known to the undersigned.

Dated: Miami Beach, Florida
       June 21, 2010                                             Respectfully submitted,

                                                    s/ *Michael I. Bernstein*
                              By: _____
                                         Michael I. Bernstein, Esq.
                                         Florida Bar No.546208
                                         MICHAEL I. BERNSTEIN, P.A.
                                         1688 Meridian Avenue, Suite 418
                                         Miami Beach, Florida 33139
                                         Telephone: (305) 672-9544
                                         Facsimile: (305) 672-4572
                                         e-mail:michael@miblawoffice.com

CERTIFICATION OF SERVICE

      I certify that on June 23, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              */s Michael I. Bernstein, Esq.*

**Service List**
*Paladin Shipping Company, Ltd et al v. Star Capital Fund, LLC at al*
10-CV-21612
United States District Court, Southern District of Florida

Craig Robert Lewis, Esq.
JORGE M ABRIL PA
1201 Brickell Avenue, Suite 230
Miami, FL 33131
Tel. (305) 373-0901
Fax: (305) 373-0119
email: crlewis@abrilaw.com