```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                     Case 10-21612-CIV-Altonaga


PALADIN SHIPPING CO., LTD.,
a Florida corporation, and.
ANATOLIY CHABAN,

                        Plaintiffs,

                                                   MIAMI, FLORIDA
         vs.
                                                   JUNE 24, 2011
STAR CAPITAL FUND, LLC, a
Florida Limited Liability
company,
                        Defendant.
------------------------------------------------------------------
            TRANSCRIPT OF DEFENSE OPENING STATEMANT
                   NONJURY TRIAL PROCEEDINGS
            BEFORE THE HONORABLE CECILIA M. ALTONAGA,
                  UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:          GARY S. PHILLIPS, ESQ.
                            JEFFREY B. SHALEK, ESQ.
                            Phillips Cantor & Berlowitz, P.A.
                            4000 Hollywood Boulevard,
                            Suite 375-South
                            Hollywood, FL 33021 - 954.966.1820
                            gphillips@phillipslawyers.com
                            jshalek@phillipslawyers.com
FOR THE DEFENDANT:
                            CHARLES H. LICHTMAN, ESQ.
                            Berger Singerman
                            Las Olas Centre II
                            350 East Las Olas Boulevard,
                            Suite 1000
                            Ft. Lauderdale, FL 33301
                            954.525.9900
                            clichtman@bergersingerman.com
```

```
 1
    REPORTED BY:
 2
                        BARBARA MEDINA,
 3                      Official United States Court Reporter
                        United States Federal Courthouse
 4                      400 North Miami Avenue, Ste. 12-2
                        Miami, FL  33128-1810   305.523.5518
 5                            (Fax) 305.523.5519
                        barbara.medina127@gmail.com
 6
                              - - - -
 7
                        TABLE OF CONTENTS
 8
 9  Page
10  Reporter's Certificate ..................................... 9
11
12                       INDEX TO EXHIBITS
13  Exhibits                    Marked for           Received
                                Identification        in
14  Evidence
15  Description                  Page     Line    Page    Line
16
17
                             CITATION INDEX
18
                                                            Page
19
20
21                      SIDEBAR CONFERENCE INDEX
22  Descriptions                                            Page
23                    ADMINISTRATIVE CONVENTIONS:
24       When counsel does not identify themselves each time
25  they address the Court during a telephone conference, the
```

June 24, 2011

1  industry-standard speaker identification is indicated by
2  chevrons, i.e., >>>:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

industry-standard speaker identification is indicated by

1  *                *                *                *

2          THE COURT:  Thank you.

3          I'll hear from defense.

4          MR. LICHTMAN:  It's uncontested that Mr. Goldstein

5  received the million 150 loan.  We will show the Court that the

6  debt was paid off.

7          The record will show that Star Capital was not an

8  obligor to this loan and should be dismissed from the case.

9  Star Capital was merely a factoring company that Mr. Goldstein

10 was an investor in and they used the account for purposes of

11 convenience to facilitate the flow of money back and forth

12 between Russia and here when it came to making the loan and

13 repaying part of it through cash.

14         The loans were to be paid in March '09.  Mr. Chaban

15 came to Mr. Goldstein earlier and wanted to be paid because the

16 world economy has just crashed, as counsel said to you.  That

17 wasn't what the deal was, but that's what he asked.

18         After that, Exhibit 1, which will be in evidence, on

19 January 25th, '09, months before the debt was due, as a

20 convenience to his long-standing partner, Mr. Chaban,

21 Mr. Goldstein said "Okay.  I'm going to acknowledge the debt

22 again and I'm going to pledge to you 50 percent interest in the

23 CHALSI."

24         Your Honor is going to see the promissory notes that

25 are called contracts of loan.  They make no reference to a

1  security agreement or a pledge.  He didn't have to give the
2  pledge.  He did it because they had been partners for a long
3  time.  He wanted his partner to feel comfortable with the
4  transaction, so he entered into this brief letter that you will
5  see and in it it says "Chaban shall have the right to sell my
6  share in the ship, having preliminarily agreed the selling
7  price of my share in writing."
8       After that, when the debt came due, they had continued
9  discussions.  Mr. Goldstein tried to put three different deals
10 together, one for a million two that Mr. Chaban rejected for
11 the boat, one for a million four, one for a million five.
12      Notably, the last of those, for a million five,
13 Mr. Goldstein made what he calls the shotgun offer to
14 Mr. Chaban where he was a little miffed that he wouldn't take a
15 million five for the boat.  He said "If you won't take it from
16 the third party, I'll pay for it then and by you out at a
17 million five," and that still wasn't good enough.  So, if the
18 boat was worth only $250,000 on a liquidation basis, why
19 wouldn't he take a million five?
20      What happens after that is Mr. Goldstein then tenders
21 the boat back to him.  You'll see Exhibit 17, and I think it's
22 also numbered as Exhibit 54.  It's a letter that Mr. Goldstein
23 wrote to Mr. Chaban and reiterated the conversations they had
24 had, the processes they had gone through in trying to sell the
25 boat.  He said "The boat is yours.  Here you go and" -- I

1  quote -- "congratulate you on that fact."

2  You're going to learn that Mr. Goldstein is a U.S.
3  citizen.  He has been in the United States for 30 years.  He
4  has been involved in some sophisticated ventures.  He wanted to
5  not do business in Russia.  He was wiping his hands clean at
6  that point.

7  They accepted that deal.  You'll see Exhibit 10.  On
8  March 4, 2009, Mr. Goldstein transferred his 25,000 shares of
9  stock in Dexter Lines, Ltd. to Paladin, which also transferred
10  his right to the interest that he owned in the CHALSI.  Then
11  after that -- and that was based on a valuation of $750,000 --
12  after that, on April 8th, 2009, being a timely payment, Exhibit
13  4, Exhibit 5 is going to show he sent $400,000 to zero out the
14  balance.

15  Now, here's what happened:  Paladin didn't want to
16  liquidate the boat.  They wanted to keep the boat for their own
17  account and that's what they did.  They didn't sell the boat.
18  They rejected Mr. Goldstein's offer to buy the boat at a very
19  fair price, which I will tell you he would buy the boat from
20  them today for that price.

21  He did it because they knew that they had value in the
22  boat, not a liquidation value of $250,000, but the value of the
23  boat as a going concern because it was capable of, and still is
24  capable of, shipping wheat from Russia to Istanbul across the
25  Black Sea.

1          So, the value that Mr. Goldstein gave up was not a
2  liquidation value, scrap value of the boat.  It wasn't a fair
3  market value where you could say, for instance, if it was a car
4  in the Kelly Blue Book and say "If I had a comparable car."  It
5  was an ongoing concern item that he didn't have to go
6  out-of-pocket for to get his business.  The point of it is it
7  generated revenue.
8          Mr. Goldstein is going to tell you he averaged about
9  $40,000 a month revenue from that boat.  If you multiply that
10 times two, it's 80,000.  If you multiply that times 12, that's
11 $960,000 a year.  Well, they don't want to give him credit for
12 the stock he signed over to them in conjunction with giving
13 them all right, title and interest in the boat, and that does
14 have value because now that he's operating the boat, he has to
15 account for the value of the shares.  If anything, he got a
16 great deal.
17         They also did not at any point in time say to
18 Mr. Goldstein, "And by the way, after we take back the boat and
19 after we're going to keep the boat for a whole account, even
20 though the letter we had signed back in January said that we're
21 going to agree on the price in writing," which was not what
22 Paladin did, they never once said "And we're going to charge
23 you for the expenses."
24         Once they take the boat and they operate the boat in
25 the normal course of business, the expenses are theirs, just

1 like if you sell a piece of property, a commercial piece of
2 property, and there's a repair to the air-conditioner, it's
3 their expense. It's not his expense. That wasn't the deal,
4 and, notably, there's not a single piece of paper anywhere that
5 the trust is anything that I've told you so far in terms of
6 what the deal was in turning back the boat and the expenses.

7 With respect to the interest, Mr. Goldstein went to
8 Russia, went to Odessa, talked with Mr. Chaban about the
9 interest to get it resolved. He said "I'll pay you the
10 interest. Here's what I want to do: Why don't you give me
11 access to the books. We know that from another boat we owned
12 together, the CORALL, you didn't give me $60,000 that was owed
13 to me. So, give me access to the books. We'll figure out a
14 final balance going back and forth between us and we'll call it
15 a day."

16 Mr. Chaban said "No." He said to Mr. Goldstein, "Put
17 $250,000 up in escrow and then maybe I'll let you see the
18 books."

19 Mr. Goldstein said "No. Why don't I put up $500,000
20 into escrow and you put up $500,000 into escrow and let me see
21 the books and then the money will be there for either side
22 regardless of how it goes," and that deal wasn't good enough
23 either. Notably, again, no writings anywhere from the time the
24 boat was turned back to the present day, with the exception of
25 the filing of the lawsuit "and you owe us interest as well."

```
 1          So, at the end of the day there's not going to be any
 2 credible evidence that this plaintiff has suffered damage
 3 whatsoever and their valuation of trying to take this boat
 4 that's still in service and calling it scrap value is wrong
 5 and, last but not least, I don't know what this alleged witness
 6 from overseas is going to say.  I think this was resolved last
 7 week by the Court in terms of expert testimony, but at the end
 8 of the day, this is a zero.
 9          Thank you.
10          THE COURT:  Thank you.
11 *                *                *                *
12                         C E R T I F I C A T E
13          I hereby certify that the foregoing is an accurate
14 transcription of proceedings in the above-entitled matter.
15
16  __06/27/11_____        _____
           DATE                 BARBARA MEDINA
17                              Official United States Court Reporter
                                400 North Miami Avenue, Suite 12-2
18                              Miami, FL  33128 - 305.523.5518
                                          (Fax) 305.523.5519
19                              Email:  barbara.medina127@gmail.com
20
21
22
23
24
25
```

## A

**above-entitled** 9:14
**accepted** 6:7
**access** 8:11,13
**account** 4:10 6:17 7:15,19
**accurate** 9:13
**acknowledge** 4:21
**address** 2:25
**ADMINISTRATIVE** 2:23
**agree** 7:21
**agreed** 5:6
**agreement** 5:1
**air-conditioner** 8:2
**alleged** 9:5
**ALTONAGA** 1:13
**ANATOLIY** 1:5
**APPEARANCES** 1:14
**April** 6:12
**asked** 4:17
**Avenue** 2:4 9:17
**averaged** 7:8

## B

**B** 1:16
**back** 4:11 5:21 7:18,20 8:6,14,24
**balance** 6:14 8:14
**BARBARA** 2:2 9:16
**barbara.medina127@gmail.com** 2:5 9:19
**based** 6:11
**basis** 5:18
**Berger** 1:21
**Berlowitz** 1:16
**Black** 6:25
**Blue** 7:4
**boat** 5:11,15,18,21,25,25 6:16,16,17,18,19,22
   6:23 7:2,9,13,14,18,19,24,24 8:6,11,24 9:3
**Book** 7:4
**books** 8:11,13,18,21
**Boulevard** 1:17,22
**brief** 5:4
**business** 6:5 7:6,25
**buy** 6:18,19

## C

**C** 9:12,12
**call** 8:14
**called** 4:25
**calling** 9:4
**calls** 5:13
**Cantor** 1:16
**capable** 6:23,24
**Capital** 1:9 4:7,9
**car** 7:3,4
**case** 1:3 4:8
**cash** 4:13
**CECILIA** 1:13
**Centre** 1:22
**Certificate** 2:10
**certify** 9:13
**Chaban** 1:5 4:14,20 5:5,10,14,23 8:8,16
**CHALSI** 4:23 6:10
**charge** 7:22
**CHARLES** 1:21
**chevrons** 3:2
**CITATION** 2:17
**citizen** 6:3
**clean** 6:5
**clichtman@bergersingerman.com** 1:24
**comfortable** 5:3
**commercial** 8:1
**company** 1:10 4:9
**comparable** 7:4
**concern** 6:23 7:5
**conference** 2:21,25
**congratulate** 6:1
**conjunction** 7:12
**CONTENTS** 2:7
**continued** 5:8
**contracts** 4:25
**convenience** 4:11,20
**CONVENTIONS** 2:23
**conversations** 5:23
**CORALL** 8:12
**corporation** 1:5
**counsel** 2:24 4:16
**course** 7:25
**Court** 1:1 2:3,25 4:2,5 9:7,10,17
**Courthouse** 2:3
**crashed** 4:16
**credible** 9:2
**credit** 7:11

## D

**damage** 9:2
**DATE** 9:16
**day** 8:15,24 9:1,8
**deal** 4:17 6:7 7:16 8:3,6,22
**deals** 5:9
**debt** 4:6,19,21 5:8
**Defendant** 1:11,20
**defense** 1:12 4:3
**Description** 2:15
**Descriptions** 2:22
**Dexter** 6:9
**didn't** 5:1 6:15,17 7:5 8:12
**different** 5:9
**discussions** 5:9
**dismissed** 4:8
**DISTRICT** 1:1,1,13
**DIVISION** 1:2
**don't** 7:11 8:10,19 9:5
**due** 4:19 5:8

## E

**E** 9:12,12
**earlier** 4:15
**East** 1:22
**economy** 4:16
**either** 8:21,23
**Email** 9:19
**entered** 5:4
**escrow** 8:17,20,20
**ESQ** 1:15,16,21
**evidence** 2:14 4:18 9:2
**exception** 8:24
**Exhibit** 4:18 5:21,22 6:7,12,13
**Exhibits** 2:12,13
**expense** 8:3,3
**expenses** 7:23,25 8:6
**expert** 9:7

## F

**F** 9:12
**facilitate** 4:11
**fact** 6:1
**factoring** 4:9
**fair** 6:19 7:2
**far** 8:5
**Fax** 2:5 9:18
**Federal** 2:3
**feel** 5:3
**figure** 8:13
**filing** 8:25
**final** 8:14
**five** 5:11,12,15,17,19
**FL** 1:18,23 2:4 9:18
**Florida** 1:1,5,7,9
**flow** 4:11
**foregoing** 9:13
**forth** 4:11 8:14
**four** 5:11
**Ft** 1:23
**FUND** 1:9

## G

**GARY** 1:15
**generated** 7:7
**give** 5:1 7:11 8:10,12,13
**giving** 7:12
**go** 5:25 7:5
**goes** 8:22
**going** 4:21,22,24 6:2,13,23 7:8,19,21,22 8:14
   9:1,6
**Goldstein** 4:4,9,15,21 5:9,13,20,22 6:2,8 7:1,8
   7:18 8:7,16,19
**Goldstein's** 6:18
**good** 5:17 8:22
**gphillips@phillipslawyers.com** 1:18
**great** 7:16

## H

**H** 1:21
**hands** 6:5
**happened** 6:15
**happens** 5:20
**hear** 4:3
**here's** 6:15 8:10

**he's** 7:14
**Hollywood** 1:17,18
**Honor** 4:24
**HONORABLE** 1:13

## I

**identification** 2:13 3:1
**identify** 2:24
**II** 1:22
**INDEX** 2:12,17,21
**indicated** 3:1
**industry-standard** 3:1
**instance** 7:3
**interest** 4:22 6:10 7:13 8:7,9,10,25
**investor** 4:10
**involved** 6:4
**Istanbul** 6:24
**item** 7:5
**it's** 4:4 5:21,22 7:10 8:2,3
**I'll** 4:3 5:16 8:9,17
**I'm** 4:21,22
**I've** 8:5
**i.e** 3:2

## J

**January** 4:19 7:20
**JEFFREY** 1:16
**jshalek@phillipslawyers.com** 1:19
**JUDGE** 1:13
**JUNE** 1:8

## K

**keep** 6:16 7:19
**Kelly** 7:4
**knew** 6:21
**know** 8:11 9:5

## L

**Las** 1:22,22
**Lauderdale** 1:23
**lawsuit** 8:25
**learn** 6:2
**letter** 5:4,22 7:20
**Liability** 1:9
**LICHTMAN** 1:21 4:4
**Limited** 1:9
**Line** 2:15,15
**Lines** 6:9
**liquidate** 6:16
**liquidation** 5:18 6:22 7:2
**little** 5:14
**LLC** 1:9
**loan** 4:5,8,12,25
**loans** 4:14
**long** 5:2
**long-standing** 4:20

## M

**M** 1:13
**making** 4:12
**March** 4:14 6:8
**Marked** 2:13
**market** 7:3
**matter** 9:14
**MEDINA** 2:2 9:16
**merely** 4:9
**Miami** 1:2,7 2:4,4 9:17,18
**miffed** 5:14
**million** 4:5 5:10,11,12,15,17,19
**money** 4:11 8:21
**month** 7:9
**months** 4:19
**multiply** 7:9,10

## N

**never** 7:22
**NONJURY** 1:12
**normal** 7:25
**North** 2:4 9:17
**notably** 5:12 8:4,23
**notes** 4:24
**numbered** 5:22

## O

**obligor** 4:8
**Odessa** 8:8
**offer** 5:13 6:18

**Official** 2:3 9:17
**Okay** 4:21
**Olas** 1:22,22
**once** 7:22,24
**ongoing** 7:5
**OPENING** 1:12
**operate** 7:24
**operating** 7:14
**out-of-pocket** 7:6
**overseas** 9:6
**owe** 8:25
**owed** 8:12
**owned** 6:10 8:11

### P

**Page** 2:9,15,15,18,22
**paid** 4:6,14,15
**Paladin** 1:4 6:9,15 7:22
**paper** 8:4
**part** 4:13
**partner** 4:20 5:3
**partners** 5:2
**party** 5:16
**pay** 5:16 8:9
**payment** 6:12
**percent** 4:22
**Phillips** 1:15,16
**piece** 8:1,1,4
**plaintiff** 1:15 9:2
**Plaintiffs** 1:6
**pledge** 4:22 5:1,2
**point** 6:6 7:6,17
**preliminarily** 5:6
**present** 8:24
**price** 5:7 6:19,20 7:21
**proceedings** 1:12 9:14
**processes** 5:24
**promissory** 4:24
**property** 8:1,2
**purposes** 4:10
**put** 5:9 8:16,19,20
**P.A** 1:16

### Q

**quote** 6:1

### R

**R** 9:12
**received** 2:13 4:5
**record** 4:7
**reference** 4:25
**regardless** 8:22
**reiterated** 5:23
**rejected** 5:10 6:18
**repair** 8:2
**repaying** 4:13
**REPORTED** 2:1
**Reporter** 2:3 9:17
**Reporter's** 2:10
**resolved** 8:9 9:6
**respect** 8:7
**revenue** 7:7,9
**right** 5:5 6:10 7:13
**Russia** 4:12 6:5,24 8:8

### S

**S** 1:15
**says** 5:5
**scrap** 7:2 9:4
**Sea** 6:25
**security** 5:1
**see** 4:24 5:5,21 6:7 8:17,20
**sell** 5:5,24 6:17 8:1
**selling** 5:6
**sent** 6:13
**service** 9:4
**SHALEK** 1:16
**share** 5:6,7
**shares** 6:8 7:15
**ship** 5:6
**shipping** 1:4 6:24
**shotgun** 5:13
**show** 4:5,7 6:13
**side** 8:21
**SIDEBAR** 2:21
**signed** 7:12,20
**Singerman** 1:21
**single** 8:4

**sophisticated** 6:4
**SOUTHERN** 1:1
**speaker** 3:1
**Star** 1:9 4:7,9
**STATEMANT** 1:12
**States** 1:1,13 2:3,3 6:3 9:17
**Ste** 2:4
**stock** 6:9 7:12
**suffered** 9:2
**Suite** 1:17,23 9:17

### T

**T** 9:12,12
**TABLE** 2:7
**take** 5:14,15,19 7:18,24 9:3
**talked** 8:8
**telephone** 2:25
**tell** 6:19 7:8
**tenders** 5:20
**terms** 8:5 9:7
**testimony** 9:7
**Thank** 4:2 9:9,10
**that's** 4:17 6:17 7:10 9:4
**theirs** 7:25
**there's** 8:2,4 9:1
**think** 5:21 9:6
**third** 5:16
**three** 5:9
**time** 2:24 5:3 7:17 8:23
**timely** 6:12
**times** 7:10,10
**title** 7:13
**today** 6:20
**told** 8:5
**transaction** 5:4
**TRANSCRIPT** 1:12
**transcription** 9:14
**transferred** 6:8,9
**TRIAL** 1:12
**tried** 5:9
**trust** 8:5
**trying** 5:24 9:3
**turned** 8:24
**turning** 8:6
**two** 5:10 7:10

### U

**uncontested** 4:4
**United** 1:1,13 2:3,3 6:3 9:17
**U.S** 6:2

### V

**valuation** 6:11 9:3
**value** 6:21,22,22 7:1,2,2,3,14,15 9:4
**ventures** 6:4
**vs** 1:8

### W

**want** 6:15 7:11 8:10
**wanted** 4:15 5:3 6:4,16
**wasn't** 4:17 5:17 7:2 8:3,22
**way** 7:18
**week** 9:7
**went** 8:7,8
**we'll** 8:13,14
**we're** 7:19,20,22
**whatsoever** 9:3
**wheat** 6:24
**wiping** 6:5
**witness** 9:5
**won't** 5:15
**world** 4:16
**worth** 5:18
**wouldn't** 5:14,19
**writing** 5:7 7:21
**writings** 8:23
**wrong** 9:4
**wrote** 5:23

### Y

**year** 7:11
**years** 6:3
**You'll** 5:21 6:7
**You're** 6:2

### Z

**zero** 6:13 9:8

### $

**$250,000** 5:18 6:22 8:17
**$40,000** 7:9
**$400,000** 6:13
**$500,000** 8:19,20
**$60,000** 8:12
**$750,000** 6:11
**$960,000** 7:11

### 0

**09** 4:14,19

### 1

**1** 4:18
**10** 6:7
**10-21612-CIV-Altonaga** 1:3
**1000** 1:23
**12** 7:10
**12-2** 2:4 9:17
**150** 4:5
**17** 5:21

### 2

**2009** 6:8,12
**2011** 1:8
**24** 1:8
**25th** 4:19
**25,000** 6:8

### 3

**30** 6:3
**305.523.5518** 2:4 9:18
**305.523.5519** 2:5 9:18
**33021** 1:18
**33128** 9:18
**33128-1810** 2:4
**33301** 1:23
**350** 1:22
**375-South** 1:17

### 4

**4** 6:8,13
**400** 2:4 9:17
**4000** 1:17

### 5

**5** 6:13
**50** 4:22
**54** 5:22

### 8

**8th** 6:12
**80,000** 7:10

### 9

**9** 2:10
**954.525.9900** 1:24
**954.966.1820** 1:18