```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA
                              MIAMI DIVISION
                        Case 10-21612-CIV-Altonaga


PALADIN SHIPPING CO., LTD.,
a Florida corporation, and.
ANATOLIY CHABAN,

                        Plaintiffs,
                                                      MIAMI, FLORIDA
         vs.
                                                      JULY 7, 2011
STAR CAPITAL FUND, LLC, a
Florida Limited Liability
company,
                        Defendant.
_____
         TRANSCRIPT OF CONTINUED NONJURY TRIAL PROCEEDINGS
           CONTINUED DIRECT EXAMINATION OF LEON GOLDSTEIN
              BEFORE THE HONORABLE CECILIA M. ALTONAGA,
                    UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:

                        GARY PHILLIPS, ESQ.
                        JEFFREY B. SHALEK, ESQ.
                        Phillips Cantor & Berlowitz, P.A.
                        4000 Hollywood Boulevard,
                        Suite 375-South
                        Hollywood, FL 33021 - 954.966.1820
                        gphillips@phillipslawyers.com
                        jshalek@phillipslawyers.com
FOR THE DEFENDANT:
                        CHARLES H. LICHTMAN, ESQ.
                        Berger Singerman
                        Las Olas Centre II
                        350 East Las Olas Boulevard,
                        Suite 1000
                        Ft. Lauderdale, FL 33301 - 954.525.9900
                        clichtman@bergersingerman.com
```

```
 1
    REPORTED BY:
 2
                        BARBARA MEDINA,
 3                      Official United States Court Reporter
                        United States Federal Courthouse
 4                      400 North Miami Avenue, Ste. 12-2
                        Miami, FL  33128-1810  305.523.5518
 5                              (Fax) 305.523.5519
                        barbara.medina127@gmail.com
 6
                             - - - -
 7
                        TABLE OF CONTENTS
 8
 9  Page
10  Leon Goldstein By Mr. Phillips ............................ 4
11      Direct Examination .................................... 4
12  Reporter's Certificate ................................... 12
13
14                    INDEX TO EXHIBITS
15  Exhibits                      Marked for          Received
                                  Identification       in
16  Evidence
17  Description                    Page     Line     Page   Line
18
19
                            CITATION INDEX
20
                                                             Page
21
22
23               SIDEBAR CONFERENCE INDEX
24  Descriptions                                             Page
25               ADMINISTRATIVE CONVENTIONS:
```

July 7, 2011

1              When counsel does not identify themselves each time
2  they address the Court during a telephone conference, the
3  industry-standard speaker identification is indicated by
4  chevrons, i.e., >>>:
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1            THE COURT:  Good morning.  Please be seated.
 2            Please proceed.
 3            MR. PHILLIPS:  Thank you, Your Honor.
 4            LEON GOLDSTEIN, PLAINTIFF'S WITNESS, RESUMED
 5                   DIRECT EXAMINATION (cont'd)
 6  [Beginning at 8:36 a.m., 7/7/11.]
 7            MR. PHILLIPS:  If it please the Court.
 8  BY MR. PHILLIPS:
 9  Q.  Good morning, Mr. Goldstein.
10  A.  Good morning.
11  Q.  From 2007 until about six months ago, you were a passive
12  investor and partner in Star Capital.  Correct?
13  A.  Yes, I was.
14  Q.  And as a passive investor, you didn't do anything with
15  respect to Star Capital's business.  Correct?
16  A.  You can say that.
17  Q.  Since 2002, have you been an employee anywhere?
18  A.  No.
19  Q.  Prior to 2002, when is the last time you actually worked
20  and were an employee of a company?
21  A.  I was partner with Mr. Lehman.  That was the last
22  employment which I had.
23  Q.  When was that?
24  A.  It started in 1985.  Then I became his partner.  I'm not
25  sure if this considered to be employed, but up 'til 1997, '98,
```

```
 1  something like that.
 2  Q.  Okay.  So, then, for the past 15 years, you have not been
 3  regularly employed in any occupation.  Correct?
 4  A.  Yes.
 5  Q.  Are you an employee now in the adult book business that you
 6  invested in?
 7  A.  I'm not employed.  I'm a self-employed.
 8  Q.  Well, do you work for the adult book stores?
 9  A.  I am not.
10  Q.  Okay.  Mr. Goldstein, you claim that your deal with
11  Mr. Chaban was that you would pay interest only when you paid
12  back the loan at the end of the term.  Correct?
13  A.  That was the agreement, yes.
14  Q.  Okay.  And you previously said that Mr. Chaban never once
15  asked you for the interest payments.  Correct?
16  A.  Yes.
17  Q.  Can you look at Exhibit 9, please, in the notebook?
18  A.  (Complied.)
19  Q.  Do you see the email on the first page?
20  A.  Yes, I can see that.
21  Q.  Is that properly addressed to you in Russian at the top of
22  the page?
23  A.  Yes.
24  Q.  And it says "Please find attached the invoice for interest
25  payment."  Do you see that?
```

1  A.  Yes.
2  Q.  Do you recall receiving this email?
3  A.  No.
4  Q.  If you look at the next page, do you recall receiving that
5  invoice for the interest payment for the first month?
6  A.  No.
7  Q.  Did you pay the interest set forth on that invoice?
8  A.  What is the question?
9  Q.  Did you pay the interest requested in the invoice?
10         MR. LICHTMAN:  Objection.  Assumes facts not in
11 evidence.
12         THE COURT:  Overruled.
13 BY MR. PHILLIPS:
14 Q.  You may answer.
15 A.  I have not seen that.  That's why I didn't pay it.
16 Q.  I want to talk to you now about a vessel known as the
17 ORIAN.  Are you familiar with that vessel?
18 A.  Yes, I do.
19 Q.  What was your relationship to that vessel?
20 A.  I was the owner of the vessel.
21 Q.  Did Vernal Company (ph.) manage that vessel for you?
22 A.  Yes.
23 Q.  Do you know a Mr. Yalisarov (ph.)?
24 A.  Yes, I do.
25 Q.  Now, that vessel, the ORIAN, was a cargo vessel similar to

Case 1:10-cv-21612-CMA   Document 119   Entered on FLSD Docket 07/21/2011   Page 7 of 14

Goldstein - Direct

7

```
 1  the CHALSI.  Correct?
 2  A.  Not really.  But "similar" could be the right question.  It
 3  did not have the capacity what CHALSI had.  So, in other
 4  words -- if I may explain -- the CHALSI, which we built it, is
 5  a 5,000 ton vessel, but it could hold 6,000 ton cargo and
 6  that's why that vessel was very, very efficient and very
 7  profitable.
 8  Q.  That's not my question, though.
 9  A.  I said, "If I may explain."
10  Q.  Is the ORIAN a cargo vessel?
11  A.  Yes, it --
12          MR. LICHTMAN:  Objection.  The witness hadn't finished
13  his answer.
14  A.  Yes, it is.
15  Q.  Were you still speaking?  I'm sorry.  Did I interrupt you?
16  A.  What's that?
17  Q.  Were you still speaking?  I didn't think I interrupted you,
18  but your counsel thinks you hadn't finished.
19  A.  Can I finish?
20  Q.  Was there anything else you wanted to say?
21  A.  You asked me a question, if ORIAN was similar vessel than
22  CHALSI.  I told you no, it's not --
23  Q.  Okay.
24  A.  -- because it could not hold the tonnage which CHALSI did.
25  That is the difference.
```

```
 1  Q.   How much tonnage did the ORIAN hold?
 2  A.   5,000 ton.
 3  Q.   How much tonnage did the CHALSI hold?
 4  A.   It could hold 6, maybe 6,500 ton.
 5  Q.   Were the ships, basically, the same size except for the
 6  additional tonnage that the CHALSI was able to hold?
 7  A.   Yes, but this is a big difference between the two ships
 8  because of that particular thing.
 9  Q.   And you understand the CHALSI could hold the additional
10  tonnage only because it had some attachments made to allow the
11  cargo to come up above the hold.  Correct?
12  A.   Correct.  That's the whole idea of how we built it, yes.
13  Q.   And the ORIAN was actually a newer vessel than the CHALSI.
14  Right?
15  A.   Which one, the ORIAN?
16  Q.   Yes.
17  A.   If you go to specifics, it's yes and no.  CHALSI is
18  registered 1984.  On the documents it says 1968.  Chaban said
19  to me before we start building the vessel, he have the ways to
20  make the ship different year and that's when you trying to
21  contract the CHALSI, you can see on the computer that CHALSI,
22  the year is 1984.  I'm pretty sure Chaban told you about that.
23  Q.   Well, he did not and, in fact, didn't you hear Madeleine
24  Kooy and both Mr. Chaban testify the CHALSI was built in 1968?
25  A.   That's what exactly I said.  You  have two types of
```

Case 1:10-cv-21612-CMA   Document 119   Entered on FLSD Docket 07/21/2011   Page 9 of 14     9
Goldstein - Direct

1  documents.  When you rebuild the vessel, which we did from the
2  scrap, then we have the year of 1984.
3  Q.  Let me rephrase the question.
4  A.  Please.
5  Q.  What year was the CHALSI built?
6  A.  It was built in 1968 and rebuilt in 1984.
7  Q.  It was built in 1968.  Right?
8  A.  Yes.
9  Q.  Okay.  It was in service in 1968, wasn't it, or you don't
10 know?
11 A.  How do I know?  We bought it in 2002.  How do I know what
12 happened in 1968.
13 Q.  Fine.  Thank you.
14       You don't know what happened in 1984 either, do you?
15 A.  I beg your pardon?
16 Q.  You don't know what happened in 1984 either, do you?
17 A.  No, of course not, because we built the vessel in 2002.  We
18 have the year of 1984 that everybody can make contract of the
19 ship for that year.
20 Q.  What year was the ORIAN built?
21 A.  I would imagine 1971 or '73.
22 Q.  Are you sure it wasn't 1975?
23 A.  I am not sure.
24 Q.  You're not sure.  Okay.
25       You sold the ORIAN, didn't you?

```
 1  A.  Yes, I did.
 2  Q.  For $500,000?
 3  A.  For $2 million.
 4  Q.  For $2 million?
 5  A.  Yes.
 6  Q.  You're under oath now, sir,
 7  A.  I realize what I'm talking about.
 8  Q.  When we get the documents --
 9  A.  I don't know what you have in your hand.  ORIAN was sold to
10  Mr. Yalisarov --  his now company name is Vernal -- for $2
11  million.
12  Q.  If Mr. Yalisarov were to come and testify he paid $500,000
13  for that, you're saying that would be incorrect.
14  A.  Who said that?
15  Q.  Mr. Yalisarov, your neighbor.
16  A.  If Mr. Yalisarov would say that, you can sue me, but
17  Mr. Yalisarov bought it for $2 million.
18  Q.  Please take a look at Exhibit 11.  By the way, he bought it
19  before the financial crisis occurred.  Correct?
20  A.  What I'm looking at?
21  Q.  No, the ORIAN it was purchased before the world financial
22  crisis?
23  A.  That's correct.  That's correct, sir.
24  Q.  Let's go back now to Exhibit 11.  Have you seen these
25  Articles of Association of Dexter Lines, the company that you
```

1  owned shares in?
2  A.  No, I did not.
3  Q.  Okay.  Have you ever operated a U.S. ship?
4  A.  No.
5  Q.  I want to go back now, Mr. Goldstein, to the deposition
6  that you gave a week ago Monday in the other case in which --
7  let me just ask you, did you acknowledge in that case that you
8  were using one of your apartments at the Pinnacle to operate
9  illegal poker games?
10 A.  I did not allow it.  This was friendly games.  I lease the
11 apartment to the friend of mine and he did whatever he wants to
12 do.
13 Q.  You knew the games were being operated?
14 A.  What is that?
15 Q.  You knew the games were being run at that apartment?
16 A.  I don't know what he's doing in his apartment.  This
17 apartment been leased.  It's not in my apartment the games were
18 conducted.  If I'm leasing the apartment, I don't know what
19 you're doing there.
20 Q.  Didn't you acknowledge during that deposition that you were
21 aware the games were being run and you were profiting from
22 that?
23         MR. LICHTMAN:  Objection to this whole line of inquiry
24 on relevance.  It has nothing to do with the issues in this
25 case.

```
 1            THE COURT:  Sustained.
 2            MR. PHILLIPS:  Your Honor, I think it goes to his
 3   credibility and --
 4            THE COURT:  It's not the proper way to impeach,
 5   though.
 6            MR. PHILLIPS:  I don't have the deposition.  It's a
 7   little harder without it.
 8            No further questions.
 9   *              *              *              *
10                    C E R T I F I C A T E
11        I hereby certify that the foregoing is an accurate
12   transcription of proceedings in the above-entitled matter.
13
14   ___07/21/11_____      _____
         DATE                 BARBARA MEDINA
15                            Official United States Court Reporter
                              400 North Miami Avenue, Suite 12-2
16                            Miami, FL  33128 - 305.523.5518
                                      (Fax) 305.523.5519
17                            Email:  barbara.medina127@gmail.com
18
19
20
21
22
23
24
25
```

# A

**able** 8:6
**above-entitled** 12:12
**accurate** 12:11
**acknowledge** 11:7,20
**additional** 8:6,9
**address** 3:2
**addressed** 5:21
**ADMINISTRATIVE** 2:25
**adult** 5:5,8
**ago** 4:11 11:6
**agreement** 5:13
**allow** 8:10 11:10
**ALTONAGA** 1:13
**ANATOLIY** 1:5
**answer** 6:14 7:13
**apartment** 11:11,15,16,17,17,18
**apartments** 11:8
**APPEARANCES** 1:14
**Articles** 10:25
**asked** 5:15 7:21
**Association** 10:25
**Assumes** 6:10
**attached** 5:24
**attachments** 8:10
**Avenue** 2:4 12:15
**aware** 11:21
**a.m** 4:6

# B

**B** 1:17
**back** 5:12 10:24 11:5
**BARBARA** 2:2 12:14
**barbara.medina127@gmail.com** 2:5 12:17
**basically** 8:5
**beg** 9:15
**Beginning** 4:6
**Berger** 1:22
**Berlowitz** 1:17
**big** 8:7
**book** 5:5,8
**bought** 9:11 10:17,18
**Boulevard** 1:18,23
**building** 8:19
**built** 7:4 8:12,24 9:5,6,7,17,20
**business** 4:15 5:5

# C

**C** 12:10,10
**Cantor** 1:17
**capacity** 7:3
**Capital** 1:9 4:12
**Capital's** 4:15
**cargo** 6:25 7:5,10 8:11
**case** 1:3 11:6,7,25
**CECILIA** 1:13
**Centre** 1:23
**Certificate** 2:12
**certify** 12:11
**Chaban** 1:5 5:11,14 8:18,22,24
**CHALSI** 7:1,3,4,22,24 8:3,6,9,13,17,21,21,24 9:5
**CHARLES** 1:22
**chevrons** 3:4
**CITATION** 2:19
**claim** 5:10
**clichtman@bergersingerman.com** 1:25
**come** 8:11 10:12
**company** 1:10 4:20 6:21 10:10,25
**Complied** 5:18
**computer** 8:21
**conducted** 11:18
**conference** 2:23 3:2
**considered** 4:25
**CONTENTS** 2:7
**CONTINUED** 1:12,12
**contract** 8:21 9:18
**cont'd** 4:5
**CONVENTIONS** 2:25
**corporation** 1:5
**correct** 4:12,15 5:3,12,15 7:1 8:11,12 10:19,23 10:23
**counsel** 3:1 7:18
**course** 9:17
**Court** 1:1 2:3 3:2 4:1,7 6:12 12:1,4,15
**Courthouse** 2:3
**credibility** 12:3
**crisis** 10:19,22

# D

**DATE** 12:14
**deal** 5:10
**Defendant** 1:11,21
**deposition** 11:5,20 12:6
**Description** 2:17
**Descriptions** 2:24
**Dexter** 10:25
**didn't** 4:14 6:15 7:17 8:23 9:25 11:20
**difference** 7:25 8:7
**different** 8:20
**Direct** 1:12 2:11 4:5
**DISTRICT** 1:1,1,13
**DIVISION** 1:2
**documents** 8:18 9:1 10:8
**doing** 11:16,19
**don't** 9:9,14,16 10:9 11:16,18 12:6

# E

**E** 12:10,10
**East** 1:23
**efficient** 7:6
**either** 9:14,16
**email** 5:19 6:2 12:17
**employed** 4:25 5:3,7
**employee** 4:17,20 5:5
**employment** 4:22
**ESQ** 1:16,17,22
**everybody** 9:18
**evidence** 2:16 6:11
**exactly** 8:25
**Examination** 1:12 2:11 4:5
**Exhibit** 5:17 10:18,24
**Exhibits** 2:14,15
**explain** 7:4,9

# F

**F** 12:10
**fact** 8:23
**facts** 6:10
**familiar** 6:17
**Fax** 2:5 12:16
**Federal** 2:3
**financial** 10:19,21
**find** 5:24
**Fine** 9:13
**finish** 7:19
**finished** 7:12,18
**first** 5:19 6:5
**FL** 1:19,24 2:4 12:16
**Florida** 1:1,5,7,9
**foregoing** 12:11
**forth** 6:7
**friend** 11:11
**friendly** 11:10
**Ft** 1:24
**FUND** 1:9
**further** 12:8

# G

**games** 11:9,10,13,15,17,21
**GARY** 1:16
**go** 8:17 10:24 11:5
**goes** 12:2
**Goldstein** 1:12 2:10 4:4,9 5:10 11:5
**Good** 4:1,9,10
**gphillips@phillipslawyers.com** 1:19

# H

**H** 1:22
**hadn't** 7:12,18
**hand** 10:9
**happened** 9:12,14,16
**harder** 12:7
**hear** 8:23
**he's** 11:16
**hold** 7:5,24 8:1,3,4,6,9,11
**Hollywood** 1:18,19
**Honor** 4:3 12:2
**HONORABLE** 1:13

# I

**idea** 8:12
**identification** 2:15 3:3
**identify** 3:1
**II** 1:23
**illegal** 11:9

**imagine** 9:21
**impeach** 12:4
**incorrect** 10:13
**INDEX** 2:14,19,23
**indicated** 3:3
**industry-standard** 3:3
**inquiry** 11:23
**interest** 5:11,15,24 6:5,7,9
**interrupt** 7:15
**interrupted** 7:17
**invested** 5:6
**investor** 4:12,14
**invoice** 5:24 6:5,7,9
**issues** 11:24
**it's** 7:22 8:17 11:17 12:4,6
**I'm** 4:24 5:7,7 7:15 8:22 10:7,20 11:18
**i.e** 3:4

# J

**JEFFREY** 1:17
**jshalek@phillipslawyers.com** 1:20
**JUDGE** 1:13
**JULY** 1:8

# K

**knew** 11:13,15
**know** 6:23 9:10,11,11,14,16 10:9 11:16,18
**known** 6:16
**Kooy** 8:24

# L

**Las** 1:23,23
**Lauderdale** 1:24
**lease** 11:10
**leased** 11:17
**leasing** 11:18
**Lehman** 4:21
**Leon** 1:12 2:10 4:4
**Let's** 10:24
**Liability** 1:9
**LICHTMAN** 1:22 6:10 7:12 11:23
**Limited** 1:9
**line** 2:17,17 11:23
**Lines** 10:25
**little** 12:7
**LLC** 1:9
**loan** 5:12
**look** 5:17 6:4 10:18
**looking** 10:20

# M

**M** 1:13
**Madeleine** 8:23
**manage** 6:21
**Marked** 2:15
**matter** 12:12
**MEDINA** 2:2 12:14
**Miami** 1:2,7 2:4,4 12:15,16
**million** 10:3,4,11,17
**mine** 11:11
**Monday** 11:6
**month** 6:5
**months** 4:11
**morning** 4:1,9,10

# N

**name** 10:10
**neighbor** 10:15
**never** 5:14
**newer** 8:13
**NONJURY** 1:12
**North** 2:4 12:15
**notebook** 5:17

# O

**oath** 10:6
**Objection** 6:10 7:12 11:23
**occupation** 5:3
**occurred** 10:19
**Official** 2:3 12:15
**Okay** 5:2,10,14 7:23 9:9,24 11:3
**Olas** 1:23,23
**once** 5:14
**operate** 11:8
**operated** 11:3,13
**ORIAN** 6:17,25 7:10,21 8:1,13,15 9:20,25 10:9
    10:21

July 7, 2011

**Overruled** 6:12
**owned** 11:1
**owner** 6:20

### P

**page** 2:9,17,17,20,24 5:19,22 6:4
**paid** 5:11 10:12
**PALADIN** 1:4
**pardon** 9:15
**particular** 8:8
**partner** 4:12,21,24
**passive** 4:11,14
**pay** 5:11 6:7,9,15
**payment** 5:25 6:5
**payments** 5:15
**ph** 6:21,23
**Phillips** 1:16,17 2:10 4:3,7,8 6:13 12:2,6
**Pinnacle** 11:8
**PLAINTIFF** 1:15
**Plaintiffs** 1:6
**PLAINTIFF'S** 4:4
**please** 4:1,2,7 5:17,24 9:4 10:18
**poker** 11:9
**pretty** 8:22
**previously** 5:14
**Prior** 4:19
**proceed** 4:2
**proceedings** 1:12 12:12
**profitable** 7:7
**profiting** 11:21
**proper** 12:4
**properly** 5:21
**purchased** 10:21
**P.A** 1:17

### Q

**question** 6:8 7:2,8,21 9:3
**questions** 12:8

### R

**R** 12:10
**realize** 10:7
**really** 7:2
**rebuild** 9:1
**rebuilt** 9:6
**recall** 6:2,4
**Received** 2:15
**receiving** 6:2,4
**registered** 8:18
**regularly** 5:3
**relationship** 6:19
**relevance** 11:24
**rephrase** 9:3
**REPORTED** 2:1
**Reporter** 2:3 12:15
**Reporter's** 2:12
**requested** 6:9
**respect** 4:15
**RESUMED** 4:4
**right** 7:2 8:14 9:7
**run** 11:15,21
**Russian** 5:21

### S

**saying** 10:13
**says** 5:24 8:18
**scrap** 9:2
**seated** 4:1
**see** 5:19,20,25 8:21
**seen** 6:15 10:24
**self-employed** 5:7
**service** 9:9
**set** 6:7
**SHALEK** 1:17
**shares** 11:1
**ship** 8:20 9:19 11:3
**SHIPPING** 1:4
**ships** 8:5,7
**SIDEBAR** 2:23
**similar** 6:25 7:2,21
**Singerman** 1:22
**sir** 10:6,23
**six** 4:11
**size** 8:5
**sold** 9:25 10:9
**sorry** 7:15
**SOUTHERN** 1:1
**speaker** 3:3

**speaking** 7:15,17
**specifics** 8:17
**Star** 1:9 4:12,15
**start** 8:19
**started** 4:24
**States** 1:1,13 2:3,3 12:15
**Ste** 2:4
**stores** 5:8
**sue** 10:16
**Suite** 1:18,24 12:15
**sure** 4:25 8:22 9:22,23,24
**Sustained** 12:1

### T

**T** 12:10,10
**TABLE** 2:7
**take** 10:18
**talk** 6:16
**talking** 10:7
**telephone** 3:2
**term** 5:12
**testify** 8:24 10:12
**Thank** 4:3 9:13
**that's** 6:15 7:6,8 8:12,20,25 10:23,23
**thing** 8:8
**think** 7:17 12:2
**thinks** 7:18
**time** 3:1 4:19
**told** 7:22 8:22
**ton** 7:5,5 8:2,4
**tonnage** 7:24 8:1,3,6,10
**top** 5:21
**TRANSCRIPT** 1:12
**transcription** 12:12
**TRIAL** 1:12
**trying** 8:20
**two** 8:7,25
**types** 8:25

### U

**understand** 8:9
**United** 1:1,13 2:3,3 12:15
**U.S** 11:3

### V

**Vernal** 6:21 10:10
**vessel** 6:16,17,19,20,21,25,25 7:5,6,10,21 8:13
 8:19 9:1,17
**vs** 1:8

### W

**want** 6:16 11:5
**wanted** 7:20
**wants** 11:11
**wasn't** 9:9,22
**way** 10:18 12:4
**ways** 8:19
**week** 11:6
**What's** 7:16
**witness** 4:4 7:12
**words** 7:4
**work** 5:8
**worked** 4:19
**world** 10:21

### Y

**Yalisarov** 6:23 10:10,12,15,16,17
**year** 8:20,22 9:2,5,18,19,20
**years** 5:2
**you're** 9:24 10:6,13 11:19

### $

**$2** 10:3,4,10,17
**$500,000** 10:2,12

### 1

**10-21612-CIV-Altonaga** 1:3
**1000** 1:24
**11** 10:18,24
**12** 2:12
**12-2** 2:4 12:15
**15** 5:2
**1968** 8:18,24 9:6,7,9,12
**1971** 9:21
**1975** 9:22
**1984** 8:18,22 9:2,6,14,16,18
**1985** 4:24

**1997** 4:25

### 2

**2002** 4:17,19 9:11,17
**2007** 4:11
**2011** 1:8

### 3

**305.523.5518** 2:4 12:16
**305.523.5519** 2:5 12:16
**33021** 1:19
**33128** 12:16
**33128-1810** 2:4
**33301** 1:24
**350** 1:23
**375-South** 1:18

### 4

**4** 2:10,11
**400** 2:4 12:15
**4000** 1:18

### 5

**5,000** 7:5 8:2

### 6

**6** 8:4
**6,000** 7:5
**6,500** 8:4

### 7

**7** 1:8
**7/7/11** 4:6
**73** 9:21

### 8

**8:36** 4:6

### 9

**9** 5:17
**954.525.9900** 1:24
**954.966.1820** 1:19
**98** 4:25