UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-21612-CIV-ALTONAGA/SIMONTON

**PALADIN SHIPPING CO. LTD.**, *et al.*,

 Plaintiffs**,**
vs.

**STAR CAPITAL FUND, LLC,** *et al.*,

 Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** was tried by Judge Cecilia M. Altonaga without a jury and, for the reasons expressed in the Order Setting Forth Findings of Fact and Conclusions of Law [ECF No. 120], the Court found the Defendant, Leon Goldstein, liable to Plaintiffs, Paladin Shipping Co, Ltd. and Anatoliy Chaban, for breach of contract for failing to pay Plaintiffs the interest due under the loan agreement. The Court concluded that Plaintiffs may recover the interest due on the loan along with all pre-judgment interest due and accruing since April 10, 2009 at the statutory rate set by Florida Statute sections 687.01 and 55.03. Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 58, it is

**ORDERED AND ADJUDGED** that Judgment is entered in favor of Paladin Shipping Co. Ltd., and Anatoliy Chaban, care of Phillips, Cantor & Shalek, P.A. Presidential Circle, 4000 Hollywood Boulevard, Suite 500N, Hollywood, Florida 33021, and against Leon Goldstein of Sunny Isles Beach in the amount of $143,045.67 plus pre-judgment interest due and accruing since April 10, 2009 at the statutory rate set in Florida Statute sections 687.01 and 55.03. The amount of prejudgment interest due is calculated as follows:

Case No. 10-21612-CIV-ALTONAGA/Simonton

<u>April 10, 2009 – December 31, 2009</u>

$143,045.67 at 8% = $11,443.65/365 =$31.35 x 266 days = **$8,339.10**

<u>January 1, 2010 – December 31, 2010</u>

$143,045.67 at 6% = **$8,582.74**

<u>January 1, 2011 –August 9, 2011</u>

$143,045.67 at 6%=$8,582.74/365=$23.51 x 221 days = **$5,195.71**

Accordingly, the total amount of the judgment, plus pre-judgment interest accrued through August 9, 2011, is **$165,163.22**.  This sum shall bear interest at the rate of 6% per annum for which sum let execution issue.

The Clerk is instructed to mark this case as CLOSED.

**DONE AND ORDERED** in Chambers at Miami, Florida this 9th day of August, 2011.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

2