UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21612-CIV-ALTONAGA/Simonton

**PALADIN SHIPPING Co. Ltd.,** *et al.*,

 Plaintiffs,
vs.

**STAR CAPITAL FUND, LLC.,** *et al.*,

 Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiffs/Judgment Creditors' Motion for Reconsideration [ECF No. 152], filed on March 8, 2012. On March 5, 2012, the Court issued an Order [ECF No. 151] denying Plaintiffs/Judgment Creditors' Motion to Compel Discovery . . . [ECF No. 150] given the pendency of the appeal in this matter before the Eleventh Circuit. In the Motion for Reconsideration, Plaintiffs advise the Court that it retains jurisdiction to enforce the judgment entered in this action. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion for Reconsideration **[ECF No. 152]** is **GRANTED** as follows:

 1. The March 5, 2012 Order **[ECF No. 151]** is **VACATED**.

 2. Defendants shall respond to the Plaintiffs/Judgment Creditors' Motion to Compel Discovery . . . [ECF No. 150] by **March 19, 2012**. Failure to respond by that date will result in the Court granting the relief requested in the Motion to Compel.

Case No. 10-21612-CIV-ALTONAGA/Simonton

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of March, 2012.

                                                   _____
                                                   **CECILIA M. ALTONAGA**
                                                   **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

        Beverly A. Pohl
        Broad & Cassel
        One Financial Plaza, Ste. 2700
        100 S.E. Third Avenue
        Fort Lauderdale, FL 33394