IN THE UNTED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-21612-CIV-ALTONAGA

**PALADIN SHIPPING**
**COMPANY, LTD.**, *et al.*,

    Plaintiffs,
vs.

**LEON GOLDSTEIN**,

    Defendant.
_____/

## SUPPLEMENTAL FINAL JUDGMENT

**THIS CAUSE** was tried by Judge Cecilia M. Altonaga without a jury and, for the reasons expressed in the Order Setting Forth Findings of Fact and Conclusions of Law [ECF No. 120] and the Order Setting Forth Supplemental Findings of Fact and Conclusions of Law [ECF No. 197], the Court found the Defendant, Leon Goldstein, liable to Plaintiffs Paladin Shipping Co., Ltd. and Anatoliy Chaban (collectively, "Plaintiffs"), for breach of contract for failing to pay principal due under the loan agreement. The Court concluded that Plaintiffs may recover $550,000.00 in principal due with interest accruing at 24% per annum since March 9, 2009.[1] Pursuant to Federal Rule of Civil Procedure 58, it is

**ORDERED AND ADJUDGED** that Judgment is hereby entered in favor of Paladin Shipping Co., Ltd, and Anatoliy Chaban, care of Phillips, Cantor & Shalek, P.A., Presidential Circle, 4000 Hollywood Boulevard, Suite 500N, Hollywood, FL 33021 against Leon Goldstein of Sunny Isles Beach in the amount of $**550,000.00** plus prejudgment interest due and accruing

---

[1] This amount is in addition to the recovery awarded in favor of Plaintiffs pursuant to the Final Judgment entered on August 9, 2011 [ECF No. 122].

since March 9, 2009 at the agreed to contractual rate of 24% per annum.  The amount of pre-judgment interest is calculated as follows:

$550,000.00 x 24% = $132,000.00 per 365 days ÷ 365 days = $361.64 per diem

March 9, 2009 through January 4, 2013 = 1398 days

1398 x $361.64 = $505,572.72 pre-judgment interest awarded

Accordingly, the total amount of the judgment, plus pre-judgment interest accrued through January 4, 2013 is **$1,055,572.72.**  This sum shall bear interest at the rate of 4.75% per annum for which sum let execution issue.

**DONE AND ORDERED** in Chambers at Miami, Florida this 7th day of January, 2013.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record