**IN THE UNTED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 10-21612-CIV-ALTONAGA**

**PALADIN SHIPPING
COMPANY, LTD.**, *et al.*,

       Plaintiffs/Judgment Creditors,

vs.

**LEON GOLDSTEIN**,

       Defendant/Judgment Debtor.
_____/

**75 RETAIL ENTERPRISES,
INC.**, *et al*,

       Supplemental Parties.
_____/

<u>**ORDER**</u>

    **THIS CAUSE** came before the Court on Plaintiffs/Judgment Creditors' (the "Judgment Creditors[']") Renewed Motion for Writ of Execution . . . (the "Motion") [ECF No. 215], filed March 15, 2013.  The Judgment Creditors seek, *inter alia*, a Writ of Execution allowing the U.S. Marshals to seize various stock certificates belonging to Defendant/Judgment Debtor ("Defendant").  (*See* Mot. 2).  The Court has carefully reviewed the Motion, the record, and applicable law.

    The instant Motion is the Judgment Creditors' third attempt to obtain the relief sought.  On February 22, 2013, the Court denied a substantially similar motion for failure to comply with Local Rule 7.2(a)(3) of the U.S. District Court for the Southern District of Florida, as the Judgment Creditors failed to certify they conferred or made reasonable

CASE NO. 10-21612-CIV-ALTONAGA

efforts to confer with Defendant.  (*See* Feb. 22, 2013 Order [ECF No. 206]).  Later on February 22, 2013, the Court again denied a similar motion, finding it "inappropriate to consider" the request at that time "[g]iven the possibility that a Notice of Appeal may yet be filed."  (February 22, 2013 Order [ECF No. 208]).  As the Judgment Creditors recognize in their present Motion, "Defendant's deadline to file a Notice of Appeal is 30 days from entry of order denying" Defendant's Motion for New Trial.  (Mot. 4 n.2).  The Order denying the Motion for New Trial was entered on March 12, 2013.  (*See* [ECF No. 214]).  Moreover, the Judgment Creditors acknowledge Defendant may yet post a supercedeas bond and obtain a stay.  (*See* Mot. 4 n.2).  As a result, the Motion remains premature.  Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 215]** is **DENIED** without prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida this 18th day of March, 2013.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record