

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division**

CASE NO. 10-CV-21612 CMA/ALTONAGA-BROWN

PALADIN SHIPPING CO. LTD.
A Foreign corporation, and
ANATOLIY CHABAN, individually

    Plaintiff,
vs.

STAR CAPTIAL FUND, LLC, et al.,

    Defendants.
_____/

## EX PARTE MOTION FOR WRIT OF GARNISHMENT AFTER JUDGMENT

Come now Plaintiffs Paladin Shipping Co. Ltd. ("Paladin") and Anatoliy Chaban ("Chaban") and collectively with Paladin ("Judgment Creditors") in their capacities as Judgment Creditors as to Leon Goldstein ("Goldstein") or ("Judgment Debtor") files this Motion for Writ of Garnishment as follows:

    1.    On January 24, 2013 this Court entered an Amended Supplemental Final Judgment (the "Amended Supplemental Final Judgment") for Plaintiffs in the amount of $1,055,572.72, [DE 202] bearing interest at the legal rate pursuant to Fla. Stat. §55.03 until paid. A copy of the Supplemental Final Judgment is attached hereto as Exhibit "A."

    2.    Movant does not believe that Judgment Debtor has in his possession sufficient property on which a levy can be made to satisfy the judgment herein.

3. Movant suggests that **City National Bank** and **Citibank** are indebted to or have tangible or intangible property of Defendant and Chaban requests a Writ of Garnishment pursuant to §77.03, Fla. Stat., for property in their hands, possession or control.

## MEMORANDUM OF LAW AND ARGUMENT

"Under Florida law, [e]very person or entity who ... has recovered judgment in any court against any person or entity has a right to a writ of garnishment." Francois v. Washmonbo, Inc., 2008 WL 2694752, *1 (S.D. Fla. 2008)(internal citations omitted). Having obtained a Final Judgment, Plaintiff "is entitled to a writ of garnishment and it is not necessary to hold a hearing or provide notice prior to issuing the writ." Id. Here, it is clear that Plaintiff obtained a Final

## CONCLUSION

Based upon the foregoing, Judgment Creditors requests this Honorable Court order the Clerk of the Court to issue a Writs of Garnishment directed to the above people and entities for all funds being held for the benefit of Judgment Debtor, Leon Goldstein, and grant such further relief as this Court deems just and proper.

Respectfully submitted,

By: _____
Laura J. Varela
Florida Bar No.: 0015334
PHILLIPS, CANTOR & SHALEK, P.A.
Attorneys for Plaintiff
Presidential Circle, Suite 500 North
4000 Hollywood Boulevard
Hollywood, Florida 33021
Telephone: (954) 966-1820
Facsimile: (954) 414-9309
Email: lvarela@phillipslawyers.com

IN THE UNTED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-21612-CIV-ALTONAGA

PALADIN SHIPPING
COMPANY, LTD., *et al.*,

      Plaintiffs,
vs.

LEON GOLDSTEIN,

      Defendant.
_____/

## SUPPLEMENTAL FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, it is

**ORDERED AND ADJUDGED** that Judgment is hereby entered in favor of Paladin Shipping Co., Ltd, and Anatoliy Chaban, care of Phillips, Cantor & Shalek, P.A., Presidential Circle, 4000 Hollywood Boulevard, Suite 500N, Hollywood, FL 33021 against Leon Goldstein of Sunny Isles Beach in the amount of **$550,000.00** plus prejudgment interest due and accruing since March 9, 2009 at the agreed to contractual rate of 24% per annum. The amount of pre-judgment interest is calculated as follows:

    $550,000.00 x 24% = $132,000.00 per 365 days ÷ 365 days = $361.64 per diem

    March 9, 2009 through January 4, 2013 = 1398 days

    1398 x $361.64 = $505,572.72 pre-judgment interest awarded

Accordingly, the total amount of the judgment, plus pre-judgment interest accrued through January 4, 2013 is **$1,055,572.72.** This sum shall bear interest at the rate of .14% per annum for which sum let execution issue.

CASE NO. 10-21612-CIV-ALTONAGA

**DONE AND ORDERED** in Chambers at Miami, Florida this 23rd day of January, 2013.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record