UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21612-CIV-ALTONAGA/Simonton

PALADIN SHIPPING CO., LTD., et al.,

    Plaintiff/Judgment Creditors,

vs.

LEON GOLDSTEIN,

    Defendant/Judgment Debtor.
_____/

**RESPONSE TO ORDER TO SHOW CAUSE**

Impleaded Defendants, 75 Retail Enterprises, Inc. ("75 Retail"), 40 Retail Corporation ("40 Retail"), Century Drive Retail Corporation ("Century Drive"), Sterlington Retail Corporation ("Sterlington"), and Texarkana Retail Corporation ("Texarkana") (collectively referred to herein as "Impleaded Defendants"), by and through undersigned counsel, hereby serve this response to the Order to Show Cause dated August 23, 2013, and state:

1. Impleaded Defendants deny that they are proper parties to this proceeding supplementary, and deny they have any liability to Plaintiff/Judgment Creditors, Paladin Shipping Co., Ltd. and Anatoliy Chaban (collectively "Judgment Creditors").

2. Impleaded Defendants are not in possession of any assets of Defendant/Judgment Debtor, Leon Goldstein ("Goldstein").

2. 75 Retail is the only Impleaded Defendant that has issued stock certificates to Leon Goldstein. 75 Retail is not in possession of the stock certificates issued to Goldstein. Upon information and belief, those stock certificates are in the possession of Goldstein.

1

3. The remaining Impleaded Defendants, 40 Retail, Century Drive, Sterlington and Texarkana, have not issued stock certificates to Goldstein.

4. 40 Retail, Century Drive, Sterlington and Texarkana can issue stock certificates, as permitted by Florida law, reflecting Goldstein's interests and deliver them to the U.S. Marshall if ordered by this Court.

5. The Impleaded Defendants, having fully responded to the Order to Show Cause, request this Court to deny all relief sought by the Judgment Creditors against the Impleaded Defendants and award Impleaded Defendants their reasonable attorneys' fees and costs, and any such other and further relief as this Court deems just and proper.

WE HEREBY CERTIFY that on September 20, 2013, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Gary S. Phillips, Esq. and Jeffrey B. Shalek, Esq., Phillips, Canton, Shalek & Rubin, P.A., Attorneys for Judgment Creditors, 4000 Hollywood Blvd., Presidential Circle, Suite 500 North, Hollywood, Florida 33021; Francis X. Sexton, Jr., Esq., Fowler Rodriguez Valdes-Fauli, Suite 801, 355 Alhambra Circle, Coral Gables, 33134; W. Barry Blum, Esq., Brett Halsey, Esq. and Michael D. Joblove, Esq., Genovese Joblove & Battista, P.A., Miami Tower, Suite 4400, Miami, Florida; and Glen H. Waldman, Esq. Heller Waldman, P.L., 3250 Mary Street, Suite 102, Coconut Grove, Florida 33133.

    Respectfully submitted,

    s/Ricardo A. Reyes
    Ricardo A. Reyes
    Florida Bar No. 864056
    TOBIN & REYES, P.A.
    Attorneys for Impleaded Defendants
    Mizner Park Office Tower
    225 N. E. Mizner Blvd., Suite 510
    Boca Raton, Florida 33486
    Phone: (561) 620-0656
    Fax:   (561) 620-0657
    rar@tobinreyes.com

S:\A C\Litigation\75 Retail\resp o-show cause.docx

3

Tobin & Reyes, P.A.
Mizner Park Office Tower • 225 N. E. Mizner Boulevard, Suite 510 • Boca Raton, Florida • 33432