UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 10-CV-21612 CMA/ALTONAGA-BROWN

PALADIN SHIPPING CO. LTD.
A Foreign corporation, and
ANATOLIY CHABAN, individually

    Plaintiff/Judgment Creditor

vs.

STAR CAPTIAL FUND, LLC, a Florida Corporation,
Leon Goldstein, individually,

    Defendants/Judgment Debtor
_____/

75 RETAIL ENTERPRISES, INC.,
a Florida Corporation,
40 RETAIL CORPORATION,
a Florida Corporation,
CENTURY DRIVE RETAIL CORPORATION,
a Florida Corporation,
STERLINGTON RETAIL CORPORATION,
a Florida Corporation,
TEXARKANA RETAIL CORPORATION,
a Florida Corporation,
PINNACLE THREE CORPORATION, (Fl.)
a Florida Corporation,
PINNACLE THREE CORPORATION, (Ill.)
An inactive Illinois Corporation,

    Supplemental Parties
_____/

## MOTION TO SERVE BY PUBLICATION

Judgment Creditors, by and through its undersigned attorneys, moves for entry of an Order authorizing them to serve Impleader Defendant, PINNACLE THREE CORPORATION by publication and in support there states as follows:

CASE NO. 10-CV-21612 CMA/ALTONAGA-BROWN

1. On August 23, 2013 this Court entered its Order impleading several third party corporate defendants ("Impleader Order"), including PINNACLE THREE CORPORATION.

2. All impleaded corporate defendants except PINNACLE THREE CORPORATION have been personally served with the Court's Order.

3. As is alleged in the Affidavit of Judgment Creditors' counsel being filed contemporaneously herewith, diligent search and inquiry have been made to discover the office address and registered agent for PINNACLE THREE CORPORATION and affiant has determined that the registered agent is Judgment Debtor, Leon Goldstein and the address is a residence, 1445 Windjammer Way, Hollywood, FL, where Judgment Creditor previously had a writ of execution carried out, and where Leon Goldstein does not reside.

4. Leon Goldstein is the sole officer/director of PINNACLE THREE CORPORATION and is either: absent from the State; or cannot be found within the State; or has concealed himself so that the Impleader Order cannot be served upon him so as to bind the corporation. There is no person in the State of Florida upon whom service of process would bind PINNACLE THREE CORPORATION.

## MEMORANDUM OF LAW

Based on the foregoing, Judgment Creditors seek to serve the Impleader Order as authorized by Florida Statutes 49.011 and 49.021 for service by publication. The Federal Rules of Civil Procedure permit service to be completed in accordance with state law. Florida Statutes section 49.021 Constructive Service provides, in relevant part, as follows:

> Where personal service of process or, if appropriate, service or process under s. 48.194 cannot be had, service of process by publication may be had upon any party, natural or corporate, known or unknown.

2

PHILLIPS, CANTOR, SHALEK & RUBIN, P.A.; TEL: (954) 966-1820 FAX: (954) 414-9309
PRESIDENTIAL CIRCLE, 4000 HOLLYWOOD BOULEVARD, SUITE 500-NORTH, HOLLYWOOD, FLORIDA 33021

CASE NO. 10-CV-21612 CMA/ALTONAGA-BROWN

Federal Rules of Civil Procedure 4(e) and 4(h) together permit service to be completed in accordance with state law. Florida Statutes 49.011 and 49.021 provide for constructive service by publication where a person cannot be located in the State and/or conceals his or her whereabouts. In accordance with above procedures and statutes, Judgment Creditors have filed an affidavit of their counsel that establishes the due diligence and the elements to support service of the Impleader Order by publication on PINNACLE THREE CORPORATION.

Judgment Creditors request entry of an Order to execute service of the Impleader Order on PINNACLE THREE CORPORATION by publication in Broward County, Florida, wherein Leon Goldstein, the registered agent and sole officer/director of PINNACLE THREE CORPORATION was last known to be located. *See Auto Owners Insurance Company v. Emerald Star Casino and Resorts, Inc.,* 2010 LEXIS 4445 (M.D. Fla., January 8, 2010)(Court allowed Plaintiff leave to execute alternative service by publication to properly serve the defendants concealing themselves.

### Rule 7.1(a)(3) Compliance

I HEREBY CERTIFY that I conferred with counsel for Leon Goldstein and he does not know where Leon Goldstein is and is not authorized to accept service on behalf of Pinnacle Three Corporation.

**PHILLIPS, CANTOR, SHALEK & RUBIN, P.A.**
Attorneys for Plaintiffs/Judgment-Creditors
4000 Hollywood Boulevard
Presidential Circle - Suite 500 North
Hollywood, Florida 33021
Telephone:   (954) 966-1820
Facsimile:   (954) 414-9309

By:   s/ Jeffrey B. Shalek
      Gary S. Phillips, Esquire
      Fla. Bar No. 339814

CASE NO. 10-CV-21612 CMA/ALTONAGA-BROWN

gphillips@phillipslawyers.com
Jeffrey B. Shalek, Esquire
Fla. Bar No. 996221
jshalek@phillipslawyers.com

**Certificate of Service**

I HEREBY CERTIFY that on October 15, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document was served this day on: Francis X Sexton, Jr., Esq., FOWLER RODRIGUEZ VALDES-FAULI, Suite 801, 355 Alhambra Circle, Coral Gables, Florida 33134 and W. Barry Blum, Esq., Brett Halsey, Esq., and Glen H. Waldman, Heller Waldman, P.L.. 3250 Mary Street, Suite 102, Coconut Grove, Florida 33133, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Filing.

By:   s/ Jeffrey B. Shalek
      Jeffrey B. Shalek, Esquire