UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 10-CV-21612 CMA/ALTONAGA-BROWN

PALADIN SHIPPING CO. LTD.
A Foreign corporation, and
ANATOLIY CHABAN, individually

    Plaintiff/Judgment Creditor
vs.

STAR CAPTIAL FUND, LLC, a Florida Corporation,
Leon Goldstein, individually,

    Defendants/Judgment Debtor
_____/

75 RETAIL ENTERPRISES, INC.,
a Florida Corporation,
40 RETAIL CORPORATION,
a Florida Corporation,
CENTURY DRIVE RETAIL CORPORATION,
a Florida Corporation,
STERLINGTON RETAIL CORPORATION,
a Florida Corporation,
TEXARKANA RETAIL CORPORATION,
a Florida Corporation,
PINNACLE THREE CORPORATION, (Fl.)
a Florida Corporation,
PINNACLE THREE CORPORATION, (Ill.)
An inactive Illinois Corporation,

    Supplemental Parties
_____/

**JUDGMENT CREDITORS' MOTION FOR ENTRY OF AN ORDER FOR ISSUANCE AND TURNOVER STOCK CERTIFICATES**

Plaintiffs/Judgment Creditors Paladin Shipping Co. Ltd. and Anatoliy Chaban ("Paladin" and "Chaban" shall be referred to collectively as "Judgment Creditors"), by and through

CASE NO. 10-CV-21612 CMA/ALTONAGA-BROWN

undersigned counsel, moves this Honorable Court to enter an Order for Issuance and Turn Over of Stock Certificates, and in support thereof states as follows:

1. On January 24, 2013 this Court entered an Amended Supplemental Final Judgment (the "Amended Supplemental Final Judgment") for Plaintiffs in the amount of $1,055,572.72, [D.E. 202].

2. Upon receipt of the Amended Supplemental Final Judgment for Plaintiffs, Plaintiffs filed a Judgment Lien Certificate with the Florida Secretary of State on February 6, 2013, which reflects Paladin and Chaban as the Judgment Creditors and Goldstein as the Judgment Debtor according to Florida Statute §55.201 through §55.209.

3. By filing the Judgment Lien Certificate with the Florida Secretary of State, Judgment Creditors acquired and hold a state wide lien on all of Goldstein's personal property that is subject to execution in the State of Florida. *See* Fla. Stat. §55.202. Stock of the Goldstein Companies is among the items covered in such lien. *See* Fla. Stat. §56.061.

4. As Judgment Creditors has previously advised the Court in various Motions that have been filed since entry of the Final Judgment in this case, Goldstein previously attested that he is the President and sole owner of Pinnacle Three Corporation and a thirty three and one third percent (33.3%) owner of 75 Retail Enterprises, Inc., 40 Retail Corporation, Century Drive Retail Corporation, Sterlington Retail Corporation, and Texarkana Retail Corporation since each company's inception, [*See* D.E. 204, Ex. 1].

5. On August 22, 2013, Judgment Creditors served their Motion for Proceedings Supplementary [D.E. 284] seeking to implead the Florida corporations listed in the preceding paragraph. The Court granted the Motion and entered an Order to Show Cause [D.E. 285] directed to the Impleaded Defendants and Leon Goldstein's ownership interests therein.

CASE NO. 10-CV-21612 CMA/ALTONAGA-BROWN

6. On September 20, 2013, the Impleaded Defendants[1] served their Response to the Order to Show Cause [D.E. 286], wherein they confirmed that 75 Retail has issued stock certificates to Goldstein but they are in Goldstein's sole possession, and that none of the other Goldstein Companies ever issued certificates reflecting Goldstein's 33.3% ownership interests therein.

7. In Paragraph 4 of their Response, Impleaded Defendants 40 Retail, Century Drive, Sterlington and Texarkana state that upon Court Order, they will issue stock certificates in the name of Leon Goldstein and turn them over to the U.S. Marshal who holds the partially executed Writ of Execution against Leon Goldstein.

8. As Impleaded Defendants have consented to do what the Motion for Proceedings Supplementary and the prior Motions to Compel Turnover of Stock Certificates sought, Judgment Creditors request entry of an Order directing the Impleaded Defendants to issue stock to Goldstein and to deliver the stock certificates to Chaban's undersigned counsel so that the stock may be delivered to the U.S. Marshal for Florida's Southern District for further disposition including for sale for the benefit of Chaban.

WHEREFORE, Judgment Creditors, Paladin Shipping Co. Ltd and Anatoliy Chaban respectfully move this Honorable Court to enter an Order as described in Paragraph 8, and for such other and further relief as the Court deems just and proper.

### Rule 7.1(a)(3) Compliance

I HEREBY CERTIFY that I conferred with Impleaded Defendants' counsel, and they agree to the relief sought.

---

[1] As is more fully alleged in Judgment Creditors' Motion for Service by Publication, all Impleaded Defendants except Pinnacle Three were personally served with the Order to Show Cause.

3

CASE NO. 10-CV-21612 CMA/ALTONAGA-BROWN

        **PHILLIPS, CANTOR, SHALEK & RUBIN, P.A.**
        Attorneys for Plaintiffs
        4000 Hollywood Boulevard
        Presidential Circle - Suite 500North
        Hollywood, Florida 33021
        Telephone:   (954) 966-1820
        Facsimile:    (954) 414-9309

By:   s/ Gary S. Phillips
        Gary S. Phillips, Esquire
        Fla. Bar No. 339814
        gphillips@phillipslawyers.com
        Jeffrey B. Shalek, Esquire
        Fla. Bar No. 996221
        jshalek@phillipslawyers.com

### Certificate of Service

I HEREBY CERTIFY that on October 15, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document was served this day on: Francis X Sexton, Jr., Esq., FOWLER RODRIGUEZ VALDES-FAULI, Suite 801, 355 Alhambra Circle, Coral Gables, Florida 33134 and W. Barry Blum, Esq., Brett Halsey, Esq., either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Filing.

                By:   s/ Gary S. Phillips
                      Gary S. Phillips, Esquire

4

PHILLIPS, CANTOR, SHALEK & RUBIN, P.A.; TEL: (954) 966-1820 FAX: (954) 414-9309
PRESIDENTIAL CIRCLE, 4000 HOLLYWOOD BOULEVARD, SUITE 500-NORTH, HOLLYWOOD, FLORIDA 33021