UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21612-CIV-ALTONAGA/Simonton

PALADIN SHIPPING CO., LTD., et al.,

    Plaintiffs/Judgment Creditors,

vs.

LEON GOLDSTEIN,

    Defendant/Judgment Debtor.

_____/

**NOTICE OF FILING OF THE TRANSCRIPT
OF THE DEPOSITION OF LEON GOLDSTEIN**

Impleaded Defendants, 75 Retail Enterprises, Inc. ("75 Retail"), 40 Retail Corporation ("40 Retail"), Century Drive Retail Corporation ("Century Drive"), Sterlington Retail Corporation ("Sterlington") (collectively referred to herein as "Impleaded Defendants"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 31(c)(2), hereby gives notice that the transcript of the deposition of **Leon Goldstein**, taken on December 22, 2014 with Exhibits[1] has been filed of record with the Clerk of this Court.

WE HEREBY CERTIFY that on January 13, 2015 , we electronically served the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record, and by U.S. Mail to Leon Goldstein, 17555 Collins Avenue, Apt. 3702, Sunny Isles, Florida 33160.

---

[1] Exhibits 1 through 26 have been filed with the transcript.

TOBIN & REYES, P.A.
MIZNER PARK OFFICE TOWER • 225 N. E. MIZNER BOULEVARD, SUITE 510 • BOCA RATON, FLORIDA • 33432

CASE NO. 10-21612-CIV-ALTONAGA/Simonton

Respectfully submitted,

s/Stefanie R. Shelley
Ricardo A. Reyes, FBN 864056
Stefanie R. Shelley, FBN 514446
TOBIN & REYES, P.A.
Attorneys for Impleaded Defendants
Mizner Park Office Tower
225 N. E. Mizner Blvd., Suite 510
Boca Raton, Florida 33486
Phone: (561) 620-0656
Fax:    (561) 620-0657
eservice@tobinreyes.com
rar@tobinreyes.com
sshelley@tobinreyes.com

S:\A C\Litigation\75 Retail\N-Filing Depo Transcript - Leon Goldtein Taken 12-22-14.docx