UNITED STATES DISTRIT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-CV-21612-ALTONAGA/Simonton

PALADIN SHIPPING CO. LTD.
A Foreign corporation, and
ANATOLIY CHABAN, individually

    Plaintiff,

vs.

STAR CAPTIAL FUND, LLC, a Florida
Limited Liability Company and
LEON GOLDSTEIN, individually

    Defendants.
_____/

VERNAL USA, INC., a California Corp,

    Intervening Plaintiff,

vs.

PALADIN SHIPPING CO., LTD,
a foreign corporation and
ANATOLIY CHABAN, an individual,

    Defendants.
_____/

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on __1/7/15__. The conference resulted in the following:

    The following attorneys, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:

      __✓__ All Plaintiffs and the respective trial counsel.
      __✓__ All Defendants and/or their claims representatives, and their respective trial counsel.

1

CASE NO.: 10-CV-21612-ALTONAGA/Simonton
Mediation Disposition Report

The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

__✓__ The case was completely settled. Counsel shall submit a stipulation for dismissal or other final disposition.
_____ The parties reached an impasse as to all issues.
_____ The parties settled the following issues:

(a) _____
(b) _____

The issues remaining to be adjudicated are:

(c) _____
(d) _____

_____ The case was set for trial on _____ and should be removed from the trial docket.
_____ These proceedings have been adjourned and the mediation hearing shall be resumed on _____.
_____ The scheduled mediation proceedings herein have been canceled as the parties have announced a settlement.

The Court is further advised the parties have agreed as follows:

_____
_____

2

CASE NO.: 10-CV-21612-ALTONAGA/Simonton
Mediation Disposition Report

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via E-Service and U.S. Mail this \_\_14\_\_ day of January, 2015, to: See Service List.

KRINZMAN, HUSS, LUBETSKY
110 S.E. 6th Street, 20th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 761-3454
Facsimile: (954) 761-3484
E-Mail: jjh@khllaw.com
E-Service: eservicefll@khllaw.com

By: _____
JOSEPH J. HUSS
Certified Court Mediator
Fla. Bar No. 0328480

3

CASE NO.: 10-CV-21612-ALTONAGA/Simonton
Mediation Disposition Report

## SERVICE LIST

**VIA E-SERVICE**

| | |
|---|---|
| Glen H. Waldman<br>Fla. Bar No.: 618624<br>Michael A. Sayre<br>Fla. Bar No.:17607<br>HELLER WALDMAN, P.L.<br>3250 Mary Street, Suite 102<br>Coconut Grove, Florida 33133<br>Tel:  (305) 448-4144<br>Fax:  (305) 448-4155<br>gwaldman@hellerwaldman.com<br>msayre@hellerwaldman.com<br>*Counsel for Vernal, Inc. and Pinnacle Three Corporation (FL)* | Leah H. Mayersohn, Esquire<br>Fla Bar No.: 009059<br>Mayersohn Law Group, P.A.<br>101 Northeast 3rd Avenue, Suite 1250<br>Fort Lauderdale, Florida 33301<br>954-765-1900<br>954-713-0702<br>service@mayersohnlaw.com<br>lmayersohn@mayersohnlaw.com<br>*Counsel for Leon Goldstein* |
| Gary S. Phillips<br>Florida Bar No. 339814<br>gphillips@phillipslawyers.com<br>Jeffrey B. Shalek<br>Florida Bar No. 996221<br>jshalek@phillipslawyers.com<br>PHILLIPS, CANTOR, SHALEK & RUBIN, P.A.<br>4000 Hollywood Boulevard, Suite 500-North<br>Hollywood, FL 33021<br>Telephone: (954) 966-1820<br>Facsimile: (954) 414-9309<br>*Attorneys for Counter-Plaintiffs, Paladin Shipping Co., Ltd and Anatoliy Chaban* | Ricardo A. Reyes, FBN 864056<br>Stefanie R. Shelley, FBN 514446<br>TOBIN & REYES, P.A.<br>Mizner Park Office Tower<br>225 N. E. Mizner Blvd., Suite 510<br>Boca Raton, Florida 33486<br>Phone: (561) 620-0656<br>Fax: (561) 620-0657<br>eservice@tobinreyes.com<br>rar@tobinreyes.com<br>sshelley@tobinreyes.com<br>*Attorneys for Impleaded Defendants 75 Retail Enterprises, Inc., 40 Retail Corporation, Century Drive Retail Corporation, Sterlington Retail Corporation and Texarkana Retail Corporation* |

4